AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| CHAVEZ-DEREMER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-03773-MCA-MAH |
| WINDSOR HEALTHCARE MANAGEMENT, LLC, ET A | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Windsor Healthcare Management, LLC and Windsor Healthcare Health & Welfare Plan.

Date: 05/06/2025

*Attorney's signature*

Taylor Wood 335582021
*Printed name and bar number*
15 E. Midland Avenue, Suite 3A
Paramus, New Jersey 07652

*Address*

tcross@hallboothsmith.com
*E-mail address*

(201) 221-7010
*Telephone number*

(201) 730-6254
*FAX number*