AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| LORI CHAVEZ-DEREMER | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-03773-MCA-MAH |
| WINDSOR HEALTHCARE MANAGEMENT, LLC, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Windsor Healthcare Management, LLC and Windsor Healthcare Health And Welfare Plan  .

Date:  07/02/2025

*/s/ Aphrodite Hadjiloucas*
*Attorney's signature*

Aphrodite Hadjiloucas (156642015)
*Printed name and bar number*
HALL BOOTH SMITH, P.C.
15 E. MIDLAND AVENUE
SUITE 3A
PARAMUS, NJ 07652
*Address*

ahadjiloucas@hallboothsmith.com
*E-mail address*

(201) 221-7010
*Telephone number*

(201) 730-6254
*FAX number*