UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LORI CHAVEZ-DEREMER

*Plaintiff*

v.

WINDSOR HEALTHCARE

*Defendant*

Civil Action No. 2:25-cv-03773-MCA-MAH

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that Windsor Healthcare Management, LLC and Windsor Healthcare Health And Welfare Plan, is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

**OR**

[x] This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/ Aphrodite Hadjiloucas
Signature of Attorney

15 E. MIDLAND AVENUE, SUITE 3A
Address

PARAMUS, NJ 07652
City/State/Zip

7/7/2025
Date

DNJ-CMECF-005 (12/1/2022)